UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| Sherri Crawford,<br><br>            Plaintiff,<br><br>v.<br><br>Target Stores, Inc.,<br><br>            Defendant. | Civil Action No.:  3:14-cv-00090-B |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 15, 2015

                                                      Respectfully submitted,

                                                      By: */s/ Jenny DeFrancisco*

                                                      Jenny DeFrancisco, Esq.
                                                      CT Bar No.: 432383
                                                      LEMBERG LAW LLC
                                                      1100 Summer Street, 3rd Floor
                                                      Stamford, CT 06905
                                                      Telephone: (203) 653-2250
                                                      Facsimile: (203) 653-3424
                                                      E-mail: jdefrancisco@lemberglaw.com
                                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2015, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By  /s/ Jenny DeFrancisco

                                        Jenny DeFrancisco, Esq.