**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| Sherri Crawford, | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:14-cv-00090-B |
| v. | : |
| Target Corporation, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. The Court shall retain jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

| Sherri Crawford | Target Corporation |
|---|---|
| ___/s/ Jenny DeFrancisco_____ | ___/s/ Alison Ashmore_____ |
| Jenny DeFrancisco, Esq. | Alison Ashmore, Esq. |
| CT Bar No.: 432383 | Dykema Gossett PLLC |
| Lemberg Law, L.L.C. | 1717 Main Street, Suite 4200 |
| 1100 Summer Street, 3rd Floor | Dallas, TX 75201 |
| Stamford, CT 06905 | Telephone: (214) 462-6454 |
| Telephone: (203) 653-2250 | Facsimile: (214) 462-6401 |
| Facsimile: (203) 653-3424 | Attorney for Defendant |
| Attorney for Plaintiff | |

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 11, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  _/s/ Jenny DeFrancisco_____

                                             Jenny DeFrancisco, Esq.